IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-CV-27 |
| LYNNE A. NICHOLS, STRUCTURES RECEIVABLES FINANCE #4, LLC, and SETTLEMENT FUNDING, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the "Motion to Reconsider and Alter Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure" filed by defendants, Structured Receivables Finance #4, LLC and Settlement Funding LLC, [doc. 20] is **DENIED**.

**IT IS SO ORDERED**.

ENTER:

        s/ Leon Jordan        
United States District Judge